**P.I.T. PIPE, INC., Respondent,**

v.

**MONARCH METALS, INC., Appellant.**

**No. ED 75315.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 9, 1999.

Timothy M. Bosslet, Janice Valdez, Kramer & Frank, P.C., St. Louis, for appellant.

Herbert T. Diekemper, Jr., Herbert T. Diekemper, Jr., P.C., St. Louis, for respondent.

Before GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

#### ORDER

PER CURIAM.

Appellant, Monarch Metals, Inc., ("defendant"), appeals the judgment of the Circuit Court of St. Louis County overruling his motion to dismiss or for judgment on plaintiff's claim for action on account. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcripts, and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). We have, however, provided a memorandum for the use of the parties only, setting forth the reasons for our decision.